**Opinion filed October 28, 2010**



### In The

# Eleventh Court of Appeals

_____

### No. 11-09-00095-CR

_____

### JORGE ALFONSO PADILLA, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**

**Tarrant County, Texas**

**Trial Court Cause No. 1107874D**

### M E M O R A N D U M   O P I N I O N

The jury convicted Jorge Alfonso Padilla of aggravated sexual assault of a child under fourteen years of age. Padilla pleaded true to an enhancement allegation, and the trial court assessed his punishment at thirty-five years confinement. We affirm.

Padilla challenges the trial court's judgment with a single issue, contending that the evidence was factually insufficient to support his conviction. The Texas Court of Criminal Appeals recently held that legal sufficiency is the only standard appellate courts should apply when reviewing the sufficiency of the evidence to support a criminal conviction. *See Brooks v.*

*State*, No. PD-0210-09, 2010 WL 3894613, at *14 (Tex. Crim. App. Oct. 6, 2010). Padilla concedes that the evidence was legally sufficient. Padilla's sole issue is, therefore, overruled.

The judgment of the trial court is affirmed.


RICK STRANGE

JUSTICE


October 28, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.